<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JANET ROSS,<br>    *Plaintiff*,<br>v.<br>YOUTH CONSULTATION SERVICE, INC.,<br>    *Defendant*. | Civil No. 2:14-2229 (KSH) (CLW)<br><br><u>**ORDER**</u> |

  Upon consideration of plaintiff Janet Ross's motion for summary judgment on count one and defendant YCS's motion for summary judgment on counts one and two; and the Court having considered the written submissions of the parties (D.E. 40-45); and for the reasons expressed in the Court's opinion filed herewith,

  **IT IS,** on this 29th day of December, 2016,

  **ORDERED** that plaintiff Janet Ross's motion for summary judgment is **GRANTED** as to count one; and it is further

  **ORDERED** that defendant YCS's motion for summary judgment **GRANTED** as to count two; and it is further

  **ORDERED** that defendant's motion for summary judgment as to count one is **DENIED**; and it is further

  **ORDERED** that the parties forthwith appear before Magistrate Judge Waldor at a time to be set by her for the purpose of setting down procedures for the determination of damages.

2

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.